## Ex parte Wallis.

D. B. Tallmadge, moved to make the submission to arbitrators between the relator and *Holly* a rule of court; and for an attachment for not performing the award, which was in favor of the relator. Performance had been demanded.

*G. F. Tallman*, contra.

*Curia.* Take your motion to make the submission a rule of court. The application for an attachment is premature. That writ is founded on the idea that there has been a contempt of court in disobeying the rule. The party must, therefore, be served with the rule as in other cases, and obedience demanded; and then if it be not obeyed, an attachment goes on shewing these facts by affidavit.

Rule accordingly.

ALBANY, Feb. 1827.

Ex parte Wallis.

An attachment for not performing an award on the submission being made a rule of court, cannot go till the rule be served and performance demanded.